IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**GABRIEL DEAN BRINKLEY**                                                                          **PLAINTIFF**

v.                              **No. 4:12-cv-205-DPM-HDY**

**VAN BUREN COUNTY DETENTION
CENTER; GARY BURROWS, (or Burroughs),
Jailer, Van Buren County Sheriff Department;
RANDY CHURCHES, Deputy, Van Buren County
Sheriff Department**                                                                                **DEFENDANTS**

### ORDER

The Court has considered Magistrate Judge H. David Young's proposed findings and recommendations, *Document No. 6*, and Brinkley's objections, *Document No. 11*. On *de novo* review, the Court adopts Judge Young's recommendation as its own. FED. R. CIV. P. 72(b)(3). Brinkley's claims against the Van Buren County Detention Center is dismissed without prejudice. The detention center is no longer a party to this case.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 May 2012