**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

GABRIEL DEAN BRINKLEY                                                                                  PLAINTIFF

V.                                              NO: 4:12CV00205 HDY

VAN BUREN COUNTY
DETENTION CENTER *et al.*                                                                         DEFENDANTS

## ORDER

On August 21, 2012, Plaintiff filed a motion to voluntarily dismiss this lawsuit. For good cause shown, the motion (docket entry #25) is GRANTED, and Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this   22   day of August, 2012.

*/s/ H.D.Y.*
UNITED STATES MAGISTRATE JUDGE