# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

GABRIEL DEAN BRINKLEY                       PLAINTIFF

V.                        NO: 4:12CV00205 HDY

VAN BUREN COUNTY
DETENTION CENTER *et al.*                       DEFENDANTS

## **ORDER**

On August 21, 2012, Plaintiff filed a motion to voluntarily dismiss this lawsuit. For good cause shown, the motion (docket entry #25) is GRANTED, and Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this  22  day of August, 2012.

                                                           UNITED STATES MAGISTRATE JUDGE