# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

GABRIEL DEAN BRINKLEY                                                PLAINTIFF

V.                        NO: 4:12CV00205 HDY

VAN BUREN COUNTY
DETENTION CENTER *et al.*                                      DEFENDANTS

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.

DATED this __22__ day of August, 2012.

_____
UNITED STATES MAGISTRATE JUDGE